UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CM PRODUCE LLC,

           Plaintiff,

-against-                        CASE NUMBER:

JAY GLOBAL ENTERPRISES, INC. and
KYUNG H. JUNG,

           Defendants.



Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

NONE

Date:  Westbury, New York
       March 11, 2008

                                                  KREINCES & ROSENBERG, P.C.

                                       By: _____
                                            LEONARD KREINCES (LK/6524)
                                            Attorneys for Plaintiff
                                            900 Merchants Concourse, Suite 305
                                            Westbury, New York 11590
                                            (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\CM Produce-Jay Global-Gerum\Rule 7.frm