AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

SERVICE OF: SUMMONS AND COMPLAINT, CPY OF THE JUDGE'S RULES, USDC/SDNY INSTRUCTION FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME: KELVI FRIAS
TITLE: PROCESS SERVER                                DATE: 03/28/2008 02:50PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

KYUNG H. JUNG

Place where served:

420 HUNTS POINT AVE.  BRONX NY 10472

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

STEVEN LIM

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: YELLOW   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ___       SERVICES $ _____ . ___       TOTAL $ _____ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 / 28 / 20 08

_____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083
LC NO. 1232446

LINDA GRUMBLE  3/28/08
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

ATTORNEY:    LEONARD KREINCES, ESQ.
PLAINTIFF:   CM PRODUCE LLC.
DEFENDANT:   JAY GLOBAL ENTERPRISES, INC. ET AL
VENUE:       USDC/SDNY
DOCKET:      08 CV 02883 (LAP)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.