USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CM PRODUCE LLC,

       Plaintiff,    Case No.: 08 CV 02883 (LAP)

 -against-         **NOTICE OF VOLUNTARY**
               **DISMISSAL**

JAY GLOBAL ENTERPRISES, INC. and KYUNG H.
JUNG,

       Defendants.

No party herein being an incompetent or infant, all the claims asserted by CM PRODUCE LLC, against defendants, JAY GLOBAL ENTERPRISES, INC. and KYUNG H. JUNG be and are hereby voluntarily dismissed, without prejudice, with each party to bear its own costs.

Dated: Westbury, New York
    July 9, 2008

               KREINCES & ROSENBERG, P.C.

            By: /s/ _____
               LEONARD KREINCES (LK6524)
               Attorneys for Plaintiff
               900 Merchants Concourse
               Westbury, New York 11590
               (516) 227-6500

**SO ORDERED:**

July 10, 2008    The Clerk of the Court Shall
           mark this action closed and all
           pending motions denied as moot.

           SO ORDERED:

_____   _____
U.S.D.J.             LORETTA A. PRESKA, U.S.D.J.

Z:\Kreinces\!WORK\HUNTSPOINT\CM Produce\Jay Global-Gerum Voluntary Dismissal.wpd

1